# Housler v. Hogan.

When a Justice of the Peace after the trial of the case takes time to consider he must adjourn to a day certain.

CERTIORARI—ADJOURNMENT OF CASE AFTER TRIAL TO DAY CERTAIN.

Certiorari to M. M. Larrabee, J. P., Emporium, Pa.

Common Pleas of Cameron County, No. 11, January Term, 1900.

Messrs. Johnson & McNarney, Esqs., for Plaintiff in Error.

Messrs. Green & Shaffer, Esqs., for Defendant in Error.

This was an action in assumpsit for goods, wares and merchandise before a Justice of the Peace.

The case was tried October 5th, 1899. After hearing the case the Justice took time to consider but did not adjourn to a certain day.

On October 14th, 1899, judgment was entered in favor of plaintiff for the amount of his claim.

The Plaintiff in error upon Certiorari to the Court of Common Pleas filed the following exceptions:

1. The Justice erred in not adjourning the case after trial to a day certain upon which to render judgment.

2. The Justice erred in entering judgment upon a day to which no adjournment was had and of which the defendant had no notice.

MAYER, P. J., January 15th, 1900. Exceptions sustained and judgment of the Justice reversed.

Reported by Johnson & McNarney, Esqs.,

Emporium, Pa.